UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE ORELLANA,

                Plaintiff,                              Civil Action No.:
                                                                        1:15-cv-06996-JPO

    - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                              **<u>ORDER</u>**
------------------------------------------------------------X

      The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

      **IT IS ORDERED** that attorney's fees in the amount of $2,000.00, which represents less than 25% of the past due benefits awarded to Plaintiff, be paid to Charles E. Binder, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees of $245.00 to Plaintiff.

      Nothing in this order will preclude Plaintiff's duly appointed representative(s) from requesting fees under 42 U.S.C. § 406(a) for time spent handling Plaintiff's case before the Social Security Administration, provided that the combined fees approved under 42 U.S.C. § 406(a) and § 406(b) does not exceed 25% of the past due benefits awarded to Plaintiff.

      SO ORDERED.

DATED: July 13, 2020
New York, NY

                                                                                                                 J. PAUL OETKEN
                                                                                                 United States District Judge